IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. O4-cv-00750-RPM

**JULIE SULLIVAN,**

Plaintiff,

v.

**THOMPSON VALLEY EMERGENCY MEDICAL SERVICES,**

Defendant.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

**THIS MATTER**, having come on to be heard upon the parties' Stipulation for Dismissal With Prejudice, the Court having reviewed same and being fully advised in the premises;

**DOTH ORDER** that the Stipulation is granted and the case is dismissed, with prejudice, each party to pay their own costs and attorney fees.

**DATED** this 21st day of February, 2006.

**BY THE COURT:**

s/Richard P. Matsch

_____
United States District Court Judge